People of the State of Illinois, Plaintiff-Appellee, v. John D. Blackman, Defendant-Appellant.

Gen. No. 50,376. (Abstract of Decision.)

First District, Third Division.

November 3, 1966.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Marshall A. Patner, Frederick F. Cohn and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Matthew J. Moran, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.